UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KILROY WAS HERE, LLC., a Missouri Limited Liability Company, et al, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 4:18-cv-02157-SNLJ |
| STARR INDEMNITY AND LIABILITY COMPANY, et al., ) ) ) | |
| Defendants. ) | |

## ORDER

In accordance with the memorandum and order entered today, it is hereby ordered that this case be **REMANDED** to the Circuit Court for the City of St. Louis, Missouri.

So ordered this 21st day of March 2019.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

1